IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THOMAS AND WANDA CARRUTH            PLAINTIFFS

VERSUS            CIVIL ACTION NO. 2:14-CV-33 DPJ-FKB

THE OUTSOURCE GROUP, LLC;
JACKSON COUNTY OUTSOURCE
GROUP, LLC; UNITED HEALTHCARE
SERVICES, INC.; FORREST GENERAL
HOSPITAL; MEDCO HEALTH
SOLUTIONS OF INDIANA, LLC; OPTUM
RX, A UNITED HEALTH GROUP
COMPANY            DEFENDANTS

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

COMES NOW, Defendants, United HealthCare Services, Inc. and Optum RX, Inc., named and served as "Optum RX, a United Health Group Company," and move the court for an additional forty-five (45) days to file a responsive pleading in this matter, causing its responsive pleading to be due on Monday, May 26, 2014. Counsel for the movants has consulted with counsel for the Plaintiffs, who is agreeable thereto, and this motion is not opposed.

WHEREFORE, PREMISES CONSIDERED, Defendants, United HealthCare Services, Inc. and Optum RX, Inc., respectfully request that the court enter an order extending their time to file a responsive pleading in this matter to May 26, 2014.

178499.1

Respectfully submitted, this 11th day of April, 2014.

          UNITED HEALTHCARE SERVICES, INC. AND OPTUM RX, INC., NAMED AND SERVED AS "OPTUM RX, A UNITED HEALTH GROUP COMPANY,"

          BY:   Balch & Bingham LLP

          BY:   s/Donald Alan Windham Jr.
                   Of Counsel

Donald Alan Windham, Jr. (100909)
Balch & Bingham LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this day served, via the Court's Electronic Filing System, a true and correct copy of the above and foregoing pleading to all counsel of record.

This the 11th day of April, 2014.

s/Donald Alan Windham Jr.
Of Counsel
