IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS AND WANDA CARRUTH**                                          **PLAINTIFFS**

**VERSUS**                            **CIVIL ACTION NO. 2:14-CV-33 DPJ-FKB**

**THE OUTSOURCE GROUP, LLC;
JACKSON COUNTY OUTSOURCE
GROUP, LLC; UNITED HEALTHCARE
SERVICES, INC.; FORREST GENERAL
HOSPITAL; MEDCO HEALTH
SOLUTIONS OF INDIANA, LLC; OPTUM
RX, A UNITED HEALTH GROUP
COMPANY**                                            **DEFENDANTS**

## ORDER GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT

This cause having come on for consideration of Defendants', United HealthCare Services, Inc. and Optum RX, Inc., named and served as "Optum RX, a United Health Group Company," motion for an extension of time to file a responsive pleading in this matter, and the Court, being apprised that said motion is unopposed by the Plaintiffs, finds that said motion should be granted.

It is therefore ordered that Defendants, United HealthCare Services, Inc. and Optum RX, Inc. are granted an extension until May 26, 2014 to file responsive pleadings in this matter.

SO ORDERED this the 15th day of April, 2014.

                                                                 /s/ F. Keith Ball
                                                                  MAGISTRATE JUDGE

178304.1